UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:   Charles L. Osborne                    Chapter 7
         Kristi A. Osborne
                 Debtors                       Bankruptcy No. 19-15772-mdc

**ORDER**

AND NOW, upon consideration of the Debtor's Motion to Convert Chapter 7 Case to a Chapter 13 Case, it is hereby ORDERED and DECREED that the within Chapter 7 case is converted to a Chapter 13.

BY THE COURT

Magdeline D. Coleman
United States Bankruptcy Judge      1/15/2020